UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
BRIAN LEE THOMPSON,              :   CIVIL NO. 3:04-CV-02547
                                 :
        Plaintiff                :   (Judge Nealon)
                                 :
    v.                           :   (Magistrate Judge Smyser)
                                 :
PENNSYLVANIA DEPARTMENT OF       :
CORRECTIONS, SCI-ROCKVIEW,       :
FRANKLIN J. TENNIS,              :
JEFFREY RACOVAN,                 :
THOMAS A. REITZ, and             :
SHARON M. BURKS,                 :
                                 :
        Defendants               :
```

**ORDER**

On August 8, 2005, the plaintiff filed a motion to compel discovery and a brief in support of that motion. The plaintiff states that he served the defendants with his second set of interrogatories on April 20, 2005. He states that after correspondence with defense counsel he again served the defendants with his second set of interrogatories on June 7, 2005. The plaintiff asserts that he has received no response from the defendants to his second set of interrogatories.

The defendants have not filed a brief in opposition to the plaintiff's motion to compel.  Pursuant to Local Rule 7.6, the defendants are deemed not to oppose the plaintiff's motion.  We will grant the plaintiff's unopposed motion to compel.

In addition to seeking an order compelling the defendants to respond to his interrogatories, the plaintiff is seeking a four-month extension of the discovery period.  Since the plaintiff's motion is unopposed we will grant the requested extension of the discovery deadline.  Since we are extending the discovery deadline, we will also extend the deadline to file dispositive motions.

**IT IS ORDERED** that the plaintiff's unopposed motion (doc. 35) to compel discovery is **GRANTED**.  Within ten days of the date of this Order, the defendants shall provide full and complete answers to the interrogatories in the plaintiff's second set of interrogatories.  **IT IS FURTHER ORDERED** that all discovery shall be planned and commenced so as to be completed

on or before February 5, 2006, and any dispositive motion shall be filed on or before March 6, 2006.

                                                  ***/s/ J. Andrew Smyser***  
                                                  J. Andrew Smyser  
                                                  Magistrate Judge

DATED: September 13, 2005.